TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00353-CV

Michael Luker, Appellant

v.

Cheryl Luker, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY

NO. 97-1632-FC2, HONORABLE ROBERT F. B. "SKIP" MORSE, JUDGE PRESIDING

PER CURIAM

 Appellant Michael Luker and appellee Cheryl Luker jointly move this Court to
dismiss Michael Luker's appeal in this cause. We grant the motion.

 We dismiss the appeal. Tex. R. App. P. 42.1(a).

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed on Joint Motion

Filed: July 30, 1998

Do Not Publish